UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARENT FOX LLP ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 19-cv-00143-RCL |
| JAY R. DESHMUKH ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Arent Fox LLP, pursuant to Federal Rule Civil Procedure 41(a)(1)(A)(i), hereby gives notice of its voluntary dismissal of this case. Defendant has not yet served an answer or a motion for summary judgment.

Respectfully submitted,

*/s/ Randall Brater*
Randall Brater, D.C. Bar No. 475419
Alison L. Andersen, D.C. Bar No. 997260
randall.brater@arentfox.com
alison.andersen@arentfox.com
Arent Fox LLP
1717 K Street, NW
Washington, DC 20006-5344
(202) 857-6000
Fax: (202) 857-6395

*Counsel for Arent Fox LLP*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June, 2019 I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all persons duly registered therewith to receive filings in the above styled manner, and have served a copy of the foregoing, via U.S. Mail, upon:

>Jay R. Deshmukh
>224 North East Street
>Indianapolis, IN 46204

By: */s/ Randall Brater*
Randall Brater
Counsel for Plaintiff